IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Pharmaceutical Research and Manufacturers of America,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Stuart Williams, Stacey Jassey, Mary Phipps, Andrew Behm, James Bialke, Amy Paradis, Rabih Nahas, Samantha Schirmer, and Kendra Metz, in their official capacities as members of the Minnesota Board of Pharmacy; and<br><br>Nate Clark, Peter Benner, Suyapa Miranda, David Fisher, Jodi Harpstead, Phil Norrgard, Stephanie Stoffel, and Andrew Whitman, in their official capacities as members of the Board of MNsure,<br><br>　　　　　　　　　Defendants. | Case No.   20-cv-1497<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Pharmaceutical Research and Manufacturers of America, makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does (party name) have a parent corporation?

    ☐ Yes　　　　☒ No

    If yes, the parent corporation is:

2. Is 10% or more of the stock of (party name) owned by a publicly held corporation?

☐ Yes ☒ No

If yes, identify all such owners:

Dated: June 30, 2020      **GREENE ESPEL PLLP**

 s/ Kathryn N. Hibbard
John M. Baker, Reg. No. 0174403
Kathryn N. Hibbard, Reg. No. 0387155
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
jbaker@greeneespel.com
khibbard@greeneespel.com

-and-

Joseph R. Guerra *(Pro Hac Vice Motion Forthcoming)*
Benjamin M. Mundel (*Pro Hac Vice Motion Forthcoming*)
**SIDLEY AUSTIN LLP**
1501 K Street, N.W., #600
Washington, DC 20005
(202) 736-8000
jguerra@sidley.com
bmundel@sidley.com

Attorneys for Plaintiff Pharmaceutical Research and Manufacturers of America

2