IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Pharmaceutical Research and Manufacturers of America,<br><br>        Plaintiff,<br><br>v.<br><br>Stuart Williams, Stacey Jassey, Mary Phipps, Andrew Behm, James Bialke, Amy Paradis, Rabih Nahas, Samantha Schirmer, and Kendra Metz, in their official capacities as members of the Minnesota Board of Pharmacy; and<br><br>Nate Clark, Peter Benner, Suyapa Miranda, David Fisher, Jodi Harpstead, Phil Norrgard, Stephanie Stoffel, and Andrew Whitman, in their official capacities as members of the Board of MNsure,<br><br>        Defendants. | Case No. 20-cv-01497-DSD-DTS<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANTS NATE CLARK, PETER BENNER, SUYAPA MIRANDA, DAVID FISHER, JODI HARPSTEAD, PHIL NORRGARD, STEPHANIE STOFFEL, AND ANDREW WHITMAN** |

  Defendants' Memorandum Supporting Motion to Dismiss represents, on page 13, that (1) "the MNsure board members ... have no connection with the enforcement of the [Alec Smith Insulin Affordability] Act"; that (2) the "law gives only the Board of Pharmacy authority to assess penalties for noncompliance with the Act, Minn. Stat. § 151.74, subd. 10"; and (3) that "Defendant Nate Clark" is "a MNsure staff member" with "no conceivable enforcement connection to the Act." Based on those representations, Plaintiff agrees to dismiss without prejudice its claims against

Defendants Nate Clark, Peter Benner, Suyapa Miranda, David Fisher, Jodi Harpstead, Phil Norrgard, Stephanie Stoffel, and Andrew Whitman, in their official capacities as members of the board or staff of MNsure. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of the claims against these defendants.

Dated:  September 17, 2020

| **GREENE ESPEL PLLP** | **KEITH ELLISON**<br>**Attorney General, State of Minnesota** |
|---|---|
| s/ *Kathryn N. Hibbard*<br>John M. Baker, Reg. No. 0174403<br>Kathryn N. Hibbard, Reg. No. 0387155<br>222 S. Ninth Street, Suite 2200<br>Minneapolis, MN  55402<br>(612) 373-0830<br>jbaker@greeneespel.com<br>khibbard@greeneespel.com<br><br>-and-<br><br>Joseph R. Guerra<br>Benjamin M. Mundel<br>**SIDLEY AUSTIN LLP**<br>1501 K Street, N.W., #600<br>Washington, DC 20005<br>(202) 736-8000<br>jguerra@sidley.com<br>bmundel@sidley.com<br><br>Attorneys for Plaintiff Pharmaceutical Research and Manufacturers of America | s/ *Sarah L. Krans*<br>Sarah L. Krans, Reg. No. 0338989<br>Leah M. Tabbert, Reg. No. 0398259<br>Assistant Attorneys General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101-2131<br>(651) 757-1273<br>sarah.krans@ag.state.mn.us<br>leah.tabbert@ag.state.mn.us<br><br>Attorneys for Defendants |