# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

Pharmaceutical Research and Manufacturers of America,

        *Plaintiff,*

v.

Stuart Williams, Stacey Jassey, Mary Phipps, Andrew Behm, James Bialke, Amy Paradis, Rabih Nahas, Samantha Schirmer, and Kendra Metz, in their official capacities as members of the Minnesota Board of Pharmacy,

        *Defendants.*

Case No. 0:20-cv-01497-DSD-DTS

## ORDER GRANTING THE GOLDWATER INSTITUTE'S MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE* AND FILE THEIR *AMICUS* BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This matter came before the court on the Goldwater Institute's unopposed motion for leave to participate as *amici curiae* and file its *amicus* brief in support of plaintiff's motion for summary judgment. Based on a review of the file, record, and proceedings herein, the court grants the motion for leave to file its *amicus* brief.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The Goldwater Institute's motion for leave to file its *amicus* brief is granted [ECF No. 24]; and

2

2. The Goldwater Institute shall file the *amicus* brief attached to its motion [ECF No. 24-1].

Date: October 13, 2020

s/David S. Doty  
David S. Doty, Judge  
United States District Court