**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

Pharmaceutical Research and Manufacturers of America,

        *Plaintiff,*

v.

Stuart Williams, Stacey Jassey, Mary Phipps, Andrew Behm, James Bialke, Amy Paradis, Rabih Nahas, Samantha Schirmer, and Kendra Metz, in their official capacities as members of the Minnesota Board of Pharmacy,

        *Defendants.*

Case No. 0:20-cv-01497-DSD-DTS

## LR 7.1(f) CERTIFICATE OF COMPLIANCE

I, Thomas H. Boyd, certify that the memorandum titled "Brief of the National Association of Manufacturers and the Chamber of Commerce of the United States of America as *Amici Curiae* in Support of Plaintiff's Motion for Summary Judgment" complies with Local Rule 7.1(f).

I further certify that, in preparation of the above document, I used Microsoft Word 2016 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains 4,854 words.

1

I further certify that this memorandum complies with Local Rule 7.1(h) because it is prepared in 14-point Times New Roman font and satisfies all other requirements of that rule.

Date: October 13, 2020   Respectfully submitted,

*/s/* Thomas H. Boyd
Thomas H. Boyd, #0200517
David A. Aafedt, #027561X
Winthrop & Weinstine, P.A.
Capella Tower | Suite 3500
225 South Sixth Street
Minneapolis, MN 55402
Phone: 612.604.6400
Email: tboyd@velaw.com
Email: daafedt@winthrop.com

20465720v1