UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Pharmaceutical Research and Manufacturers of America, | Case No. 0:20-cv-01497-DSD-DTS |
| Plaintiff, | SECOND AMENDED NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS |
| v. | |
| Stuart Williams, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that a hearing on Defendants' motion to dismiss will take place on December 8, 2020 at 10:00 a.m., before the Honorable David S. Doty via Zoom using dial-in and video information provided by Chambers. Defendants will move the Court for an order dismissing Plaintiff's complaint.

The following briefing schedule, agreed to by the parties, applies to Defendants' motion to dismiss and Plaintiff's pending summary judgment motion:

- **August 27, 2020**: Defendants' memorandum supporting their motion to dismiss.

- **October 1, 2020**: Plaintiff's memorandum supporting its summary judgment motion and responding to Defendants' motion to dismiss.

- **November 5, 2020**: Defendants' memorandum replying on their motion to dismiss and opposing Plaintiff's summary judgment motion.

- **November 19, 2020**: Plaintiff's reply memorandum supporting its motion for summary judgment.

Dated: November 16, 2020

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Sarah L. Krans**
SARAH L. KRANS
Assistant Attorney General
Atty. Reg. No. 0338989

LEAH M. TABBERT
Assistant Attorney General
Atty. Reg. No. 0398259

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1273 (Voice)
(651) 297-1235 (Fax)
sarah.krans@ag.state.mn.us
leah.tabbert@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS

|#4843107-v1