UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Pharmaceutical Research and Maunfacturers of America, | Case No.  20-cv-1497 (DSD/DTS) |
| Plaintiff, | |
| v. | **NOTICE OF AND ORDER FOR PRETRIAL CONFERENCE** |
| Stuart Williams, et al., | |
| Defendant. | |

Pursuant to Rule 16(a) of the Federal Rules of Civil Procedure, a pretrial conference will be held before United States Magistrate Judge David T. Schultz on **January 12, 2021** at **10:30 a.m.** by **Zoomgov**. An invitation will be sent approximately one week prior to the conference.

Counsel must meet before the scheduled pretrial conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure under Local Rule 26.1. No later than **seven days prior to the pretrial conference, the parties must prepare and file a joint Rule 26(f) Report in compliance with the rules using the attached Rule 26(f) template**. A copy of the 26(f) Report in Word format should be emailed to Magistrate Judge Schultz at Schultz_chambers@mnd.uscourts.gov at the time of the joint filing.

In addition to the Rule 26(f) Report, each party must email to Magistrate Judge Schultz's chambers, no later than seven days prior to the pretrial conference, a 1-2 page confidential letter setting forth what settlement discussions have taken place, whether the party believes an early settlement conference would be productive, and what discovery or motion practice might be needed prior to such a conference.

To the extent that the parties cannot reach agreement on any particular item regarding scheduling or discovery, they should set forth their separate positions in the Rule 26(f) Report for discussion at the pretrial conference.

Any request to participate by telephone must be made by contacting Judicial Assistant, Terianne Bender, at 612-664-5460, no later than three business days prior to the pretrial conference.

If any party does not have counsel of record in this case, it is the responsibility of counsel for the Plaintiff to immediately notify that party and counsel of this conference and of the requirements set forth in this notice.

  If the parties consent to have this matter tried before the Magistrate Judge, all counsel are requested to sign the enclosed Consent Form by the date of the pretrial conference, and electronically file said form pursuant to Section II, Part F, of the ECF Procedures for the District of Minnesota (Civil).

  Counsel should contact Magistrate Judge Schultz's Judicial Assistant, Terianne Bender, at 612-664-5460, with respect to any matters concerning the pretrial conference.

Dated: November 25, 2020            s/David T. Schultz
                           DAVID T. SCHULTZ
                           United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| x,<br><br>        Plaintiff,<br><br>v.<br><br>x,<br><br>        Defendant. | Case No.  18-cv-x (x/DTS)<br><br><br><br>**RULE 26(F) REPORT** |

The parties/counsel identified below conferred as required by Fed. R. Civ. P. 26(f) and the Local Rules on _____ and prepared the following report.

The initial pretrial conference required under Fed. R. Civ. P. 16 and LR 16.2 is scheduled for **x x, 2019,** at **x:30 a.m.** before United States Magistrate Judge David T. Schultz in Courtroom 9E, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Counsel have reviewed the amendments to the Federal Rules of Civil Procedure effective December 1, 2015, and are familiar with the amendments.

DESCRIPTION OF THE CASE

    1.    Concise factual summary of Plaintiff's claims:

    2.    Concise factual summary of Defendant's claims/defenses:

    3.    Statement of jurisdiction (including statutory citations):

    4.    Summary of factual stipulations or agreements:

    5.    Statement of whether a jury trial has been timely demanded by any party:

    6.    Statements as to whether the parties agree to resolve the matter under the Rules of Procedure for Expedited Trials of the United States District Court, District of Minnesota, if applicable:

PLEADINGS

Statement as to whether all process has been served, all pleadings filed and any plan for any party to amend pleadings or add additional parties to the action:

FACT DISCOVERY

The parties recommend that the Court establish the following fact discovery deadlines and limitations:

1. The parties must make their initial disclosures under Fed. R. Civ. P. 26(a)(1) on or before _____. If the parties include a description by category and location of documents, they agree to exchange copies of those initially disclosed.

2. The parties must complete any physical or mental examinations under Fed. R. Civ. P. 35 by _____.

3. The parties must commence fact discovery procedures in time to be completed by _____.

4. The parties have discussed the scope of discovery, including relevance and proportionality, and propose that the Court limit the use and numbers of discovery procedures as follows:

    a. _____ interrogatories;

    b. _____ document requests;

    c. _____ requests for admission. The parties have discussed a protocol for the authentication of documents and agree on the following:

    d. _____ factual depositions:

    e. _____ Rule 35 medical examinations; and

    f. _____ Other.

EXPERT DISCOVERY

1. The parties anticipate that they [will/will not] require expert witnesses at the time of trial.

    a. The Plaintiff anticipates calling _____ (number) experts in the fields of:

      b.    The Defendant anticipates calling _____ (number) experts in the fields of:

2.    The parties propose that the Court establish the following plan for expert discovery:

      a.    Expert Disclosures

          (i)    The identity of any expert who Plaintiff may call to testify at trial and the written report completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) and/or the disclosure required by Fed. R. Civ. P. 26(a)(2)(C) must be served on or before _____.

          (ii)    The identity of any expert who Defendant may call to testify at trial and the written report completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) and/or the disclosure required by Fed. R. Civ. P. 26(a)(2)(C) must be served on or before _____.

3.    All expert discovery, including expert depositions, must be completed by _____.

OTHER DISCOVERY ISSUES

    1.    Protective Order

    The parties have discussed whether they believe that a protective order is necessary to govern discovery and jointly submit a [proposed protective order/report identifying any areas of disagreement]. Local Rule 5.6 governs filing under seal. Therefore, any proposed protective order must include the following provisions: All counsel acknowledge they have reviewed Local Rule 5.6 which governs filing under seal, which procedures are incorporated herein by reference.

    2.    Discovery of Electronically-Stored Information

    The parties have discussed the scope of electronic discovery, including relevance and proportionality, and any issues about preserving electronic discovery. The parties have also discussed the form or forms in which electronic discovery should be produced. They inform the Court of the following agreements or issues:

    The parties will further meet and confer by _____ to discuss their plan or formal protocol for electronic discovery. They agree to

present any disputes regarding an electronic discovery plan and protocol to the Court by _____.

3. Claims of Privilege or Protection

   The parties have discussed issues regarding the protection of information by a privilege or the work-product doctrine, as required by Fed. R. Civ. P. 26(f)(3)(D), including whether the parties agree to a procedure to assert these claims after production or have any other agreements under Fed. R. Evidence 502 and:

   a. Request the Court to include the following agreement in the scheduling order; or

   b. Will include their agreement in their proposed Protective Order.

## MOTION SCHEDULE

The parties proposed the following deadlines for filing motions:

1. Motions seeking to join other parties must be filed and served by _____.

2. Motions seeking to amend the pleadings must be filed and served by _____.

3. Non-Dispositive Motions

   a. All non-dispositive motions relating to *fact* discovery must be filed and served by _____.

   b. All other non-dispositive motions, including motions relating to *expert* discovery, must be filed and served by _____.

4. Dispositive Motions: All dispositive motions must be served and filed by _____.

## TRIAL READY DATE

1. The parties agree that the case will be ready for trial on or after _____.

2. The anticipated length of the [bench/jury-select one] trial is _____ days.

## INSURANCE CARRIERS/INDEMNITORS

List all insurance carriers/indemnitors, including limits of coverage of each defendant or statement that the Defendant is self-insured.

SETTLEMENT

The parties will discuss settlement before or at the Rule 26(f) meet-and-confer and each party must mail a confidential letter setting forth what settlement discussions have taken place and whether the parties believes an early settlement conference would be productive.

The parties proposed that a settlement conference be scheduled to take place before _____.

TRIAL BY MAGISTRATE JUDGE

The parties [have/have not] agreed to consent to jurisdiction by the Magistrate Judge under 28 U.S.C. § 636(c). If the parties agree to consent, they will file the Consent Form at the same time as the Rule 26(f) Report.

Dated:

                                                       Plaintiff's Counsel
License No. _____

Address: _____
_____

Phone: _____

Dated:

                                                       Defendant's Counsel
License No. _____

Address: _____
_____

Phone: _____