UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 21-1731

Pharmaceutical Research and Manufacturers of America

Appellant

v.

Stuart T. Williams, et al.

Appellees

------------------------------

National Association of Manufacturers, et al.

Amici on Behalf of Appellant(s)

T1International, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-01497-DSD)

---

**MANDATE**

In accordance with the opinion and judgment of April 3, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 16, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit