IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Pharmaceutical Research and Manufacturers of America, | Case No. 20-cv-1497-DSD-DTS |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Stuart Williams, Stacey Jassey, Mary Phipps, Andrew Behm, James Bialke, Amy Paradis, Rabih Nahas, Samantha Schirmer, and Kendra Metz, in their official capacities as members of the Minnesota Board of Pharmacy, | |
| Defendants. | |

Plaintiff Pharmaceutical Research and Manufacturers of America ("Plaintiff"), moves the Court for entry of an order granting Plaintiff's Motion for Summary Judgment.

This Motion is based upon this Motion, the Memorandum of Law to be filed with the Court pursuant to the schedule agreed upon by the parties as set forth below, the papers and pleadings on file in this action, such other papers as may be submitted prior to or at the hearing of this Motion, and argument at the hearing. The parties have agreed to the following briefing schedule for this Motion:

- <u>July 12, 2023</u>: Plaintiff's brief in support of its renewed motion for summary judgment

- <u>August 11, 2023</u>: Defendants' brief in opposition

- <u>August 25, 2023</u>: Plaintiff's reply brief

Dated: July 12, 2023      **GREENE ESPEL PLLP**

*/s/ John M. Baker*
John M. Baker, Reg. No. 0174403
Katherine M. Swenson, Reg. No. 0389280
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
jbaker@greeneespel.com
kswenson@greeneespel.com

-and-

Joseph R. Guerra (admitted *pro hac vice*)
Benjamin M. Mundel (admitted *pro hac vice*)
**SIDLEY AUSTIN LLP**
1501 K Street, N.W., #600
Washington, DC 20005
(202) 736-8000
jguerra@sidley.com
bmundel@sidley.com

Attorneys for Plaintiff Pharmaceutical Research and Manufacturers of America