UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 20-1497(DSD/DTS)

Pharmaceutical Research and
Manufacturers of America,

                    Plaintiff,

v.                                            **ORDER**

Stuart Williams, et al.,

                    Defendants.


     This matter came before the court on defendants' Rule 56(d) motion to deny plaintiff's motion for summary judgment as premature or to continue the hearing and briefing on the motion to allow Defendants time to conduct discovery.  Based on a review of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

     1.   Defendants' Rule 56(d) motion [ECF No. 109] is granted;

     2.   Plaintiff's motion for summary judgment [ECF No. 93] is denied without prejudice;

     3.   Plaintiff may to refile the motion after fact discovery is complete; and

     4.   The hearing on Plaintiff's motion is canceled.


Dated: August 1, 2023          s/David S. Doty
                               _____
                               David S. Doty, Judge
                               United States District Court