**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Pharmaceutical Research and Manufacturers of America, | Case No. 20-cv-1497 (DSD/DTS) |
| Plaintiff, | **ORDER ALLOWING AMENDMENT OF COMPLAINT AND SUSPENDING SCHEDULING ORDER** |
| vs. | |
| Ronda Chakolis, et al., | |
| Defendants. | |

The parties filed a stipulation (Dkt. No. 145) to allow Plaintiff to amend its complaint and to suspend the amended pretrial scheduling order. After review of the stipulation and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED:**

1. Plaintiff may file an amended complaint in the form set forth in Exhibit 1 to the parties' stipulation on or before September 6, 2024;

2. Defendants shall answer or otherwise plead in response to the amended complaint within 14 days after its service. If Defendants move to dismiss the amended complaint, the parties shall follow the dispositive motion procedures stated in Dkt. Nos. 106 and 144;

3. The April 17, 2024, Amended Pretrial Scheduling Order (Dkt. No. 144) is suspended.

4. Discovery is stayed until a scheduling conference is held and a new Pretrial Scheduling Order is entered; and

5. A scheduling conference will be held on October 7, 2024 at 11:30 AM in Courtroom 9E, 300 S. Fourth Street, Minneapolis.

Dated: August 20, 2024                          ___s/David T. Schultz_____
                                                                      DAVID T. SCHULTZ
                                                                      U.S. Magistrate Judge