# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Pharmaceutical Research and
Manufacturers of America,

Case No. 0:20-cv-01497-DSD-DTS

Plaintiff,

v.

Ronda Chakolis, James Bialke,
Amy Paradis, Rabih Nahas,
Michael Haag, Ben Maisenbach,
John M. Zwier, Barbara Droher Kline,
and Kendra Metz, in their official
capacities as members of the
Minnesota Board of Pharmacy,

**NOTICE OF HEARING ON
DEFENDANTS'MOTION TO
DISMISS AMENDED COMPLAINT**

Defendants.

PLEASE TAKE NOTICE that a hearing on Defendants' motion to dismiss
Plaintiff's amended complaint will take place on December 4, 2024, at 10:30 a.m., or as
soon thereafter as counsel may be heard, in Courtroom 12W of the Diana E. Murphy United
States Courthouse located at 300 South Fourth Street, Minneapolis, Minnesota 55415,
before the Honorable David S. Doty.  Defendants will move the Court for an order
dismissing Plaintiff's amended complaint.  Defendants will file the supporting documents
in accordance with the Court's procedures as stated in docket numbers 106 and 144.

Dated:  September 11, 2024

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

s/**Sarah L. Krans**
SARAH L. KRANS, No. 0338989
ANGELA BEHRENS, No. 0351076
KATHERINE HINDERLIE, No. 0397325
RICHARD DORNFELD, No. 0401204
GREG MERZ, No. 0185942
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1273 (Voice)
(651) 297-1235 (Fax)

sarah.krans@ag.state.mn.us
angela.behrens@ag.state.mn.us
katherine.hinderlie@ag.state.mn.us
richard.dornfeld@ag.state.mn.us
greg.merz@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS

|#5876309