# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Pharmaceutical Research and Manufacturers of America, | Case No. 0:20-cv-01497-DSD-DTS |
| Plaintiff, | |
| v. | **AMENDED NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |
| Ronda Chakolis, James Bialke, Amy Paradis, Rabih Nahas, Michael Haag, Ben Maisenbach, John M. Zwier, Barbara Droher Kline, and Kendra Metz, in their official capacities as members of the Minnesota Board of Pharmacy, | |
| Defendants. | |

PLEASE TAKE NOTICE that on December 12, 2024, at 10:30 a.m., a hearing on Defendants' motion to dismiss Plaintiff's amended complaint will take place before the Honorable David S. Doty, in Courtroom 12W of the Diana E. Murphy United States Courthouse, located at 300 South Fourth Street, Minneapolis, Minnesota 55415. Defendants will move the Court for an order dismissing Plaintiff's amended complaint.

The parties agreed to the rescheduled hearing date and to keep the briefing schedule as if the initial hearing date were still in effect.

Dated:  October 31, 2024

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

s/**Sarah L. Krans**
SARAH L. KRANS, No. 0338989
ANGELA BEHRENS, No. 0351076
KATHERINE HINDERLIE, No. 0397325
RICHARD DORNFELD, No. 0401204
GREG MERZ, No. 0185942
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1273 (Voice)
(651) 297-1235 (Fax)

sarah.krans@ag.state.mn.us
angela.behrens@ag.state.mn.us
katherine.hinderlie@ag.state.mn.us
richard.dornfeld@ag.state.mn.us
greg.merz@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS

|#5925352