The Office of
**Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity, safety, and respect • www.ag.state.mn.us

April 4, 2025

Honorable David S. Doty
Sr. U.S. District Judge, District of Minnesota
United States District Court
14W U.S. Court House
300 South Fourth Street
Minneapolis, MN 55415

      Re:    *Pharmaceutical Research and Manufacturers of America v. Chakolis*
              Court File Number: 20-CV-1497-DSD-DTS

Dear Judge Doty:

      Defendants write to advise the Court of supplemental authority relating to their pending motion to dismiss. The Court in *Minnesota by Ellison v. Sanofi-Aventis U.S. LLC*, No. 2:18-cv-14999-BRM-RLS (D.N.J.) approved a settlement agreement between the State and Novo Nordisk Inc. on March 25 (ECF 204) and dismissed the entire matter on April 1 (ECF 207). Under the agreement, Novo Nordisk must make its insulin products available for $35 per month or less to cash-paying customers, as defined therein, and continue offering free insulin to certain Minnesota residents, among other terms. Citation to the March 25 order in *Minnesota by Ellison* v. *Sanofi-Aventis US LLC*, supplements the arguments presented on pages 4 and 16 of Defendants' memorandum supporting dismissal (ECF 155) and on page 8 of Defendants' reply memorandum (ECF 160).

                                                          Respectfully submitted,

                                                          *Sarah Krans*

                                                          SARAH L. KRANS
                                                          Assistant Attorney General

                                                          (651) 757-1273 (Voice)
                                                          (651) 297-1235 (Fax)
                                                          sarah.krans@ag.state.mn.us

                                                          *Attorney for Defendants*

cc:      All Counsel of Record (via e-filing)